# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Case Number:_____

Francisco rodriguez cruz

(Write the full name of the plaintiff)

vs. pablo santiesteban arias

nelly guerra

pedro

(Write the full name of the defendant/s in this case)

```
FILED BY_____D.C.

JUL 0 5 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

**A.** Plaintiff: Francisco rodriguez cruz

Address: 15605 sw 295 ter homestead  fl 33033

Inmate/Prison No.:_____

*Year* of Birth: 1985_____ (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: pablo santiesteban arias    Defendant: nelly guerra

Official Position: tenant    Official Position: tenant

Place of Employment:_____    Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Defendant: **pedro**

Official Position: **patient**

Place of Employment:_____

## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed  in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

on july 4 pablo santiesteban shoved me indiscriminately assaulting x me and taking my phone from my hand he also uses profane language against me this same individual subjects a 16 year old to an environment of depravity by allowing heavy alcohol consumption and vaping in the house as well full body tattoos

nelly guerra used force against me by violently stepping on me in a 2 drunken stuppor and was complicit along with defendant number one by lying when asked if i answered when she knocked on the door she also perpetuates the enviroment for the minor by allowing drinking smoking and tattoos and a debaucherous lifestyle while she is the house pedro hit me in the face  and uses profane language as well 2

## III.  Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1068 dollars

_____

_____

## IV.  Jury Demand

Are you demanding a jury trial?        ____ Yes      __⌐__ No

Signed this ____5____ day of ____july____, 20__22__

_____        _____
                                        Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:_____

_____        _____
                                        Signature of Plaintiff